355 U.S. 284
 78 S.Ct. 342
 2 L.Ed.2d 271
 N. H. LYONS & CO., Inc., appellant,
v.
Isador LUBIN, as Industrial Commissioner of the State of New York.
 No. 614.
 Supreme Court of the United States
 January 6, 1958
 
 Messrs. C. Dickerman Williams and Henry Alexander, for appellant.
 Messrs. Louis J. Lefkowitz, Atty. Gen., of New York, John R. Davison, Sol. Gen. and Roy Wiedersum, Asst. Atty. Gen., for appellee.
 PER CURIAM.
 
 
 1
 The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.